# United States District Court
## District of Kansas

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                                      **No. 12- 10080 -01-MLB**

**JEFFREY S. TAYLOR,**
        **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 8, 2012, in the District of Kansas,

**JEFFREY S. TAYLOR,**

the defendant herein, who has been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to-wit: a Smith & Wesson, Model 686-4 revolver, serial number BRW5153, which was shipped or transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about February 8, 2012, in the District of Kansas,

**JEFFREY S. TAYLOR,**

the defendant herein, did knowingly and unlawfully possess a mixture or substance which contained a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 844.

**A TRUE BILL.**

| | |
|---|---|
| __March 27, 2012__ | _s/Foreperson_ |
| DATE | FOREMAN OF THE GRAND JURY |

 /s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
barry.grissom@usdoj.gov
KS. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)